# United States Court of Appeals
## For the First Circuit

No. 14-1001

LAW OFFICES OF DAVID EFRON,

Appellant,

v.

MATTHEWS & FULLMER LAW FIRM; CARLOS R. IGUINA-OHARRIZ;
HATUEY A. INFANTE-CASTELLANOS,

Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 1, 2015, is amended as follows:

On page 4, line 4, the word "undue" is changed to "undo."